**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:25-cr-00260-HEA-SPM |
| | ) | |
| ALBERT JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO TRAVEL OUT OF DISTRICT**

COMES NOW Defendant Albert James, by and through his undersigned counsel, and respectfully requests this Honorable Court to allow the following travel event.

1. Defendant respectfully requests permission to travel to Colorado, for personal travel to meet with friends for the annual celebration of the life of a deceased friend.

2. Defendant intends to travel by air from St. Louis, Missouri to Denver, Colorado, departing June 18, 2026, and returning to his residence on June 21, 2026.

3. Defendant will stay at a friend's home in Parshall, Colorado

4. On information and belief pretrial services have been notified of this request and does not oppose it.

5. Defendant's trial date has not been set.

6. The Assistant United States Attorney has been notified of this request and defers to pretrial services and the Court.

7. If this travel is allowed the Defendant will keep his U.S. Pretrial Services Officer informed of the travel itinerary and any changes thereto.

WHEREFORE, Defendant Albert James respectfully prays that this Court enter its Order granting defendant's motion for request to travel; and for such further relief as this Court deems just and proper.

Respectfully submitted,

NEWTON BARTH, L.L.P

By: ______________________________

Talmage E. Newton IV, IL6305302
talmage@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 – Office

Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was electronically served on all parties of record via the court's e-filing System on the 17th day of May, 2026.

______________________________